175 A.3d 167

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. VINCENT LAING, DEFENDANT-PETITIONER.

C–346 September Term 2017
079555

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000289–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 168

KEVIN DUGAN, PLAINTIFF, AND ROMAN ZIELONKA,
PLAINTIFF, v. BEST BUY CO. INC., AND
GARRETT HETRICK, DEFENDANTS.

M–344 September Term 2017
080016

November 17, 2017

ORDER

It is ORDERED that the motion of the New Jersey Civil Justice Institute for leave to appear as amicus curiae is granted, limited solely to the filing of the brief that accompanied the motion.